**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In the Matter of

ESTATE OF DONALD HEDSTROM v. CHERIE KOTTER and HOPE GELDES

Case Number: 08 CV 1613

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant HOPE GELDES

| (A) | (B) |
|---|---|
| SIGNATURE /s/ Daniel E. Tranen | SIGNATURE |
| NAME Daniel E. Tranen, Esq. | NAME |
| FIRM Wilson, Elser, Moskowitz, Edelman & Dicker LLP | FIRM |
| STREET ADDRESS 120 N. LaSalle St., Suite 2600 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-704-0550  FAX NUMBER 312-704-1522 | TELEPHONE NUMBER  FAX NUMBER |
| E-MAIL ADDRESS Daniel.Tranen@wilsonelser.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6244878 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☑  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☑  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |
| **(C)** | **(D)** |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER  FAX NUMBER | TELEPHONE NUMBER  FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

481671.1