00139.00182

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BALL and JAN WITTERIED, ) <br> Administrators of the Estate of Donald Hedstrom, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CHERIE KOTTER, THE KOTTER FAMILY ) <br> TRUST, and HOPE GELDES ) <br> ) <br> Defendants. ) | Case No.  08 CV 1613 <br> Honorable Judge Dow <br> Magistrate Judge Maria Valdez |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Jan Michaels
      John Duczynski
      Jeremy Schulze
      Michaels & May, P.C.
      Sears Tower
      233 S. Wacker Drive, Suite 5620
      Chicago, IL 60606

    PLEASE TAKE NOTICE that on April 15, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, the attached, **Defendant Hope Geldes' Appearance.**

                                        **HOPE GELDES,**

                              By:  /s/ Daniel E. Tranen
                                    One of its attorneys

Daniel E. Tranen
Lauren Moy
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
120 N. LaSalle St., 26th Fl.
Chicago, IL 60602
312-704-0550
ARDC No: 6244878

481749.1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 15, 2008, this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TO:    Jan Michaels
          John Duczynski
          Jeremy Schulze
          Michaels & May, P.C.
          Sears Tower
          233 S. Wacker Drive, Suite 5620
          Chicago, IL 60606

                                                      By:  /s/ Rosaura Ortiz

**481749.1**