# *United States District Court for the Northern District of Illinois*

Case Number: `08CV1613`         Assigned/Issued By: `DAJ`

Judge Name: `DOW`         Designated Magistrate Judge: `VALDEZ`

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
                                             _____
☐ Wage-Deduction Garnishment Summons         _____
                                             (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

`2` Original and `2` copies on `05/13/08` as to `CHERIE KOTTER`
                                (Date)
`(VINCENNES IN, CHICAGO IL).`

---

C:\wpwin80\docket\feeinfo.frm     03/14/05