00139.00182

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BALL and JAN WITTERIED, )<br>Administrators of the Estate of Donald Hedstrom, )<br>)<br>    Plaintiffs, )<br>  v. )<br>)<br>CHERIE KOTTER, THE KOTTER FAMILY )<br>TRUST, and HOPE GELDES )<br>)<br>    Defendants. ) | Case No. 08 CV 1613<br>Honorable Judge Dow<br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO: Jan Michaels
   John Duczynski
   Jeremy Schulze
   Michaels & May, P.C.
   Sears Tower
   233 S. Wacker Drive, Suite 5620
   Chicago, IL 60606

   PLEASE TAKE NOTICE that on **May 27, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, the attached, **Defendant Hope Geldes' Answer and Affirmative Defenses.**

                HOPE GELDES,


                By: /s/ Daniel E. Tranen
                   One of its attorneys

Daniel E. Tranen, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, IL 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522
daniel.tranen@wilsonelser.com

491647.1

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 27, 2008, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jan Michaels
> John Duczynski
> Jeremy Schulze
> Michaels & May, P.C.
> Sears Tower
> 233 S. Wacker Drive, Suite 5620
> Chicago, IL 60606

      By: /s/ Daniel E. Tranen