AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Susan Ball and Jan Witteried, Administrators of
the Estate of Donald Hedstrom

CASE NUMBER: 08-cv-1613

V.

ASSIGNED JUDGE: Dow

Cherie Kotter, the Kotter Family Trust, and
Hope Geldes

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Cherie Kotter, in her personal capacity and as trustee of the Kotter Family Trust
1652 N OLD BRUCEVILLE RD
VINCENNES, IN 47591-8922

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jan Michaels
233 S. Wacker Dr.
Suite 5620
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 1 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-20-08 |
| NAME OF SERVER (PRINT) JOHN G. CORRONA | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1652 N. OLD BRUCEVILLE RD, VINCENNES, IN. 47591 (AT 11:16 AM.)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-20-08    [signature]
            Date        Signature of Server

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF MAY, 2008.

[notary signature]

Address of Server: 207 MAIN ST. VINCENNES, IN 47591
IN. LC.# PI20800293
NOTARY EXP 4-2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.