**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Donald Hedstrom
                        Plaintiff,

v.                                           Case No.: 1:08−cv−01613
                                                Honorable Robert M. Dow Jr.

Cherie Kotter, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/24/2008. Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) to be made by 7/14/2008. Fact discovery ordered closed by 10/22/2008. Status hearing set for 10/8/2008 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.