IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BALL and JAN WITTEREIED, Administrators of the Estate of Donald Hedstrom,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CHERIE KOTTER, KOTTER FAMILY TRUST, and HOPE GELDES,<br><br>                    Defendants. | 08 C 1613<br><br>JURY TRIAL DEMANDED |

### APPEARANCE

Attorneys Gregory A. Adamski, Karen Conti, Samantha R. Engel, Jenny R. Jeltes, and Adamski & Conti enter their appearances on behalf of defendants Cherie Kotter and Kotter Family Trust.

                                s/Gregory A. Adamski
                                Attorney for Certain
                                Defendants

Gregory A. Adamksi
Adamski & Conti
100 N. LaSalle Street
Chicago, Illinois 60602
312.332-7800

1