**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>SUSAN BALL AND JAN WITTEREIED, Administrators of the Estate of Donald Hedstrom, v. CHERIE KOTTER, KOTTER FAMILY TRUST, and HOPE GELDES | Case Number: 08 C 1613 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| | |
|---|---|
| NAME (Type or print)<br>Gregory A. Adamski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregory A. Adamski | |
| FIRM<br>Adamski & Conti | |
| STREET ADDRESS<br>100 N. LaSalle Street, Suite 1720 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0013765 | TELEPHONE NUMBER<br>312/332-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |